

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THEODORE PARKS, | : | CIVIL ACTION |
| Petitioner, | : | NO. 06-2041 |
| v. | : | |
| JAMES GRACE, SUPERINTENDENT, et al., | : | |
| Respondents. | : | |

**FILED**
JUL 17 2007
MICHAEL E. KUNZ, Clerk
By_____PAR_____ Dep. Clerk

## ORDER

AND NOW, this 17th day of July, 2007, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of the United States Magistrate Judge Arnold C. Rappaport dated November 27, 2006 and Petitioner's objections thereto, it is hereby ORDERED that

1. the Report and Recommendation is ADOPTED as if reiterated herein in full;

2. the Petition for Writ of Habeas Corpus is DENIED with prejudice and DISMISSED without an evidentiary hearing;

3. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

_James Giles_
JAMES T. GILES    J.